

FILED
2017 Aug-28  PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

RODNEY WATTS, personal representative )
of the estate of  LEIAH WATTS; CAIDEN )
WATTS, by and through his father and next )
best friend, RODNEY WATTS; JACKSON )
WATTS, by  and through his father and )
next best friend RODNEY WATTS; )
CURTIS WATTS, personal representative )
of the estate of EVELYN WATTS; BARRY )
MCBURNETT, personal representative of )
the estates of  FAYE HOWARD and )
MARY ADAIR; RENEE STONE, )
individually and as mother and next best )
friend of VICTORIA STONE; and )      CV-2017-_____-___
TAMMY MCBURNETT, individually; )
                                     )

       Plaintiffs, )
                                      )

v. )
                                      )

FARMERS INSURANCE EXCHANGE; )
FARMERS GROUP, INC.; )
MID-CENTURY INSURANCE CO.; and )
Fictitious Parties 1, 2, 3, and 4; )
                                      )

       Defendants. )

## <u>NOTICE OF REMOVAL</u>

### Exhibit 1 -- State Court Process, Pleadings, Etc.

8

**ALABAMA SJIS CASE DETAIL**


alacourt.com

PREPARED FOR: KORI CLEMENT

County: 61   Case Number: **CV-2017-900251.00**   Court Action:
Style: **RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET**

Real Time

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **61-TALLADEGA TALLADEGA** | Case Number: | CV-2017-900251.00 | Judge: | WEH:WM E HOLLINGSWORTH III |
| Style: | RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET | | | | |
| Filed: | 08/03/2017 | Case Status: | ACTIVE | Case Type: | BAD FAITH/FRAUD/MISR |
| Trial Type: | JURY | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 9 | No of Defendants: | 3 | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Disposton Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | 08/03/2017 | Updated By: | AJA |

## Parties

**Party 1 - Plaintiff INDIVIDUAL - WATTS RODNEY AS PERSONAL REP FOR EST OF LEIAH WATT**

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | WATTS RODNEY AS PERSONAL REP FOR EST OF LEIAH WATT | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | | Hardship: No | JID: WEH |
| Address 1: | C/O EMILY H. NELSON | | | Phone: | (256) 000-0000 |

| Address 2: | 3500 COLONNADE PKWY, #100 | | | | | | |
|---|---|---|---|---|---|---|---|
| City: | BIRMINGHAM | State: | AL | | Zip: | 35243-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | | Sex: | | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: $0.00 | | Court Action For: | Exemptions: | |
| Cost Against Party: $0.00 | | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

### Party 2 - Plaintiff INDIVIDUAL - OF CAIDEN WATTS RODNEY WATTS, FATHER AND NEXT BEST

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C002-Plaintiff | Name: | OF CAIDEN WATTS RODNEY WATTS, FATHER AND NEXT BEST | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | | Hardship: No | JID: WEH |
| Address 1: | C/O EMILY H. NELSON | | | Phone: (256) 000-0000 | |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35243-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | Arrest Date: | |
| Warrant Action Date: | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSRY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

## Party 3 - Plaintiff INDIVIDUAL - OF JACKSON WATTS RODNEY WATTS, FATHER AND NEXT BES

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C003-Plaintiff | Name: | OF JACKSON WATTS RODNEY WATTS, FATHER AND NEXT | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | BES | | WEH |
| Address 1: | C/O EMILY H. NELSON | | | Hardship: No | JID: |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | Phone: | (256) 000-0000 |
| City: | BIRMINGHAM | State: | AL | Zip: | 35243-0000 Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type | Service On: | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSRY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

## Party 4 - Plaintiff INDIVIDUAL - FOR THE ESTATE OF EVELYN WATTS CURTIS WATTS, PERSO

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C004-Plaintiff | Name: | FOR THE ESTATE OF EVELYN WATTS CURTIS WATTS, | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | PERSO | | WEH |
| Address 1: | C/O EMILY H. NELSON | | | Hardship: No | JID: |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | Phone: | (256) 000-0000 |
| City: | BIRMINGHAM | State: | AL | Zip: | 35243-0000 Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action For: | Court Action Date: |
| Amount of Judgement: $0.00 | | | Exemptions: |
| Cost Against Party: $0.00 | | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

**Party 5 - Plaintiff INDIVIDUAL - FOR THE ESTATE OF FAYE HOWARD BARRY MCBURNETT, PER**

## Party Information

| | | | | |
|---|---|---|---|---|
| Party: | C005-Plaintiff | Name: | FOR THE ESTATE OF FAYE HOWARD BARRY MCBURNETT, PER | Type: I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | | |
| Address 1: | C/O EMILY H. NELSON | | Hardship: No | JID: WEH |
| Address 2: | 3500 COLONNADE PKWY, #100 | | Phone: (256) 000-0000 | |
| City: | BIRMINGHAM | State: AL | Zip: 35243-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | Sex: | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: $0.00 | | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

## Party 6 - Plaintiff INDIVIDUAL - FOR THE ESTATE OF MARY ADAIR BARRY MCBURNETT, PERS

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C006-Plaintiff | Name: | FOR THE ESTATE OF MARY ADAIR BARRY MCBURNETT, PERS | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | | Hardship: No | JID: WEH |
| Address 1: | C/O EMILY H. NELSON | | | Phone: (256) 000-0000 | |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35243-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: | Service Type | Service On: | | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

## Party 7 - Plaintiff INDIVIDUAL - STONE RENEE

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C007-Plaintiff | Name: | STONE RENEE | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | | Hardship: No | JID: WEH |
| Address 1: | C/O EMILY H. NELSON | | | Phone: (256) 000-0000 | |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35243-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

### Party 8 - Plaintiff INDIVIDUAL - FRIEND OF VICTORIA STONE RENEE STONE, MOTHER AND N

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C008-Plaintiff | Name: | FRIEND OF VICTORIA STONE RENEE STONE, MOTHER | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | AND N | | WEH |
| Address 1: | C/O EMILY H. NELSON | | | Hardship: No | JID: |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | Phone: (256) 000-0000 | |
| City: | BIRMINGHAM | State: | AL | Zip: 35243-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

## Party 9 - Plaintiff INDIVIDUAL - MCBURNETT TAMMY

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C009-Plaintiff | Name: | MCBURNETT TAMMY | | | Type: | I-INDIVIDUAL |
| Index: | D FARMERS INSU | Alt Name: | | Hardship: | No | JID: | WEH |
| Address 1: | C/O EMILY H. NELSON | | | Phone: | (256) 000-0000 | | |
| Address 2: | 3500 COLONNADE PKWY, #100 | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35243-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | HOR026 | | NELSON EMILY HORNSBY | ENELSON@MHHLAW.NET | (205) 324-4008 |
| Attorney 2 | MOR007 | | MORRIS LARRY WADE | LMORRIS@MHHLAW.NET | (256) 329-2000 |
| Attorney 3 | MOR176 | | MORGAN GREGORY CARL | GREGMORGANLAW@GMAIL.COM | (256) 362-2386 |
| Attorney 4 | GAI002 | | GAINES CHARLES PAFFORD | MELISSA@GAINESRASCO.COM | (256) 362-2386 |

## Party 10 - Defendant BUSINESS - FARMERS INSURANCE EXCHANGE

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | FARMERS INSURANCE EXCHANGE | | | Type: | B-BUSINESS |
| Index: | C WATTS RODNEY | Alt Name: | | Hardship: | No | JID: | WEH |
| Address 1: | C/O REGISTERED AGENT, CSC | | | Phone: | (256) 000-0000 | | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 08/03/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 08/07/2017 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 11 - Defendant BUSINESS - FARMERS GROUP, INC.

## Party Information

| | | | | |
|---|---|---|---|---|
| Party: D002-Defendant | Name: FARMERS GROUP, INC. | | Type: B-BUSINESS |
| Index: C WATTS RODNEY | Alt Name: | Hardship: No | JID: WEH |
| Address 1: C/O REGISTERED AGENT, CSC | | Phone: (256) 000-0000 | |
| Address 2: 641 SOUTH LAWRENCE STREET | | | |
| City: MONTGOMERY | State: AL | Zip: 36104-0000 | Country: US |
| SSN: XXX-XX-X999 | DOB: | Sex: | Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 08/03/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 08/07/2017 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |



## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 12 - Defendant BUSINESS - MID-CENTURY INSURANCE COMPANY

#### Party Information

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Party: | D003-Defendant | Name: | MID-CENTURY INSURANCE COMPANY | | | Type: | B-BUSINESS |
| Index: | C WATTS RODNEY | Alt Name: | | Hardship: | No | JID: | WEH |
| Address 1: | C/O REGISTERED AGENT, CSC | | | Phone: | (256) 000-0000 | | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

#### Court Action

| | | | | | |
|--|--|--|--|--|--|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

#### Service Information

| | | | | |
|--|--|--|--|--|
| Issued: | 08/03/2017 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | 08/07/2017 | Service Type | C-CERTIFIED MAIL | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

#### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

#### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $25.65 | $25.65 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $53.43 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CVAP | C001 | 000 | $800.00 | $800.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $340.00 | $340.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | LSF3 | C001 | 000 | $25.00 | $25.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $1335.65 | $1,389.08 | -$53.43 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2017 | CREDIT | CONV | 2017230 | 1190650 | $53.43 | C001 | 000 | | N | | | ALS |
| 08/03/2017 | RECEIPT | AOCC | 2017230 | 1190640 | $25.65 | C001 | 000 | | N | | | ALS |
| 08/03/2017 | RECEIPT | CVAP | 2017230 | 1190660 | $800.00 | C001 | 000 | | N | | | ALS |
| 08/03/2017 | RECEIPT | CV05 | 2017230 | 1190670 | $340.00 | C001 | 000 | | N | | | ALS |
| 08/03/2017 | RECEIPT | JDMD | 2017230 | 1190680 | $100.00 | C001 | 000 | | N | | | ALS |
| 08/03/2017 | RECEIPT | LSF3 | 2017230 | 1190690 | $25.00 | C001 | 000 | | N | | | ALS |
| 08/03/2017 | RECEIPT | VADM | 2017230 | 1190700 | $45.00 | C001 | 000 | | N | | | ALS |

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 8/3/2017 | 3:54 PM | ECOMP | COMPLAINT E-FILED. | HOR026 |
| 8/3/2017 | 3:56 PM | FILE | FILED THIS DATE: 08/03/2017          (AV01) | AJA |
| 8/3/2017 | 3:56 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 8/3/2017 | 3:56 PM | ASSJ | ASSIGNED TO JUDGE: WILLIAM E HOLLINGSWORTH III | AJA |
| 8/3/2017 | 3:56 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 8/3/2017 | 3:56 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 8/3/2017 | 3:56 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 8/3/2017 | 3:56 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 8/3/2017 | 3:56 PM | C001 | C001 PARTY ADDED: FOR THE ESTATE OF LEIAH WATTS RO | AJA |
| 8/3/2017 | 3:57 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C001 | LISTED AS ATTORNEY FOR C001: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C001 | LISTED AS ATTORNEY FOR C001: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C001 | LISTED AS ATTORNEY FOR C001: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C001 | C001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C001 | LISTED AS ATTORNEY FOR C001: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C002 | C002 PARTY ADDED: OF CAIDEN WATTS RODNEY WATTS, FA | AJA |
| 8/3/2017 | 3:57 PM | C002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C002 | LISTED AS ATTORNEY FOR C002: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C002 | LISTED AS ATTORNEY FOR C002: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C002 | LISTED AS ATTORNEY FOR C002: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C002 | LISTED AS ATTORNEY FOR C002: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C002 | C002 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C003 | LISTED AS ATTORNEY FOR C003: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C003 | LISTED AS ATTORNEY FOR C003: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C003 | LISTED AS ATTORNEY FOR C003: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C003 | C003 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C003 | C003 PARTY ADDED: OF JACKSON WATTS RODNEY WATTS, F | AJA |
| 8/3/2017 | 3:57 PM | C003 | LISTED AS ATTORNEY FOR C003: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C004 | C004 PARTY ADDED: FOR THE ESTATE OF EVELYN WATTS C | AJA |
| 8/3/2017 | 3:57 PM | C004 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C004 | LISTED AS ATTORNEY FOR C004: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C004 | LISTED AS ATTORNEY FOR C004: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C004 | LISTED AS ATTORNEY FOR C004: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C004 | LISTED AS ATTORNEY FOR C004: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C004 | C004 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C005 | C005 PARTY ADDED: FOR THE ESTATE OF FAYE HOWARD BA | AJA |
| 8/3/2017 | 3:57 PM | C005 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C005 | LISTED AS ATTORNEY FOR C005: MORRIS LARRY WADE | AJA |

| | | | | |
|---|---|---|---|---|
| 8/3/2017 | 3:57 PM | C005 | LISTED AS ATTORNEY FOR C005: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C005 | LISTED AS ATTORNEY FOR C005: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C005 | LISTED AS ATTORNEY FOR C005: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C005 | C005 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C006 | C006 PARTY ADDED: FOR THE ESTATE OF MARY ADAIR BAR | AJA |
| 8/3/2017 | 3:57 PM | C006 | LISTED AS ATTORNEY FOR C006: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C006 | C006 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C006 | LISTED AS ATTORNEY FOR C006: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C006 | LISTED AS ATTORNEY FOR C006: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C006 | LISTED AS ATTORNEY FOR C006: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C006 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C007 | LISTED AS ATTORNEY FOR C007: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C007 | LISTED AS ATTORNEY FOR C007: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C007 | C007 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C007 | C007 PARTY ADDED: STONE RENEE      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C007 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C007 | LISTED AS ATTORNEY FOR C007: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C007 | LISTED AS ATTORNEY FOR C007: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C008 | C008 PARTY ADDED: FRIEND OF VICTORIA STONE RENEE S | AJA |
| 8/3/2017 | 3:57 PM | C008 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C008 | LISTED AS ATTORNEY FOR C008: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:57 PM | C008 | LISTED AS ATTORNEY FOR C008: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:57 PM | C008 | LISTED AS ATTORNEY FOR C008: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C008 | LISTED AS ATTORNEY FOR C008: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C008 | C008 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C009 | C009 PARTY ADDED: MCBURNETT TAMMY      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C009 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:57 PM | C009 | LISTED AS ATTORNEY FOR C009: GAINES CHARLES PAFFO | AJA |
| 8/3/2017 | 3:57 PM | C009 | LISTED AS ATTORNEY FOR C009: NELSON EMILY HORNSBY | AJA |
| 8/3/2017 | 3:57 PM | C009 | C009 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | C009 | LISTED AS ATTORNEY FOR C009: MORGAN GREGORY CARL | AJA |
| 8/3/2017 | 3:58 PM | C009 | LISTED AS ATTORNEY FOR C009: MORRIS LARRY WADE | AJA |
| 8/3/2017 | 3:58 PM | D001 | D001 PARTY ADDED: FARMERS INSURANCE EXCHANGE(AV02) | AJA |
| 8/3/2017 | 3:58 PM | D001 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D001 | CERTIFIED MAI ISSUED: 08/03/2017 TO D001  (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D001 | D001 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D002 | D002 PARTY ADDED: FARMERS GROUP, INC. | AJA |
| 8/3/2017 | 3:58 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D002 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D002 | D002 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D002 | CERTIFIED MAI ISSUED: 08/03/2017 TO D002  (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D003 | D003 PARTY ADDED: MID-CENTURY INSURANCE COMPANY | AJA |
| 8/3/2017 | 3:58 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D003 | CERTIFIED MAI ISSUED: 08/03/2017 TO D003  (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D003 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 8/3/2017 | 3:58 PM | D003 | D003 E-ORDER FLAG SET TO "N"      (AV02) | AJA |
| 8/7/2017 | 10:03 AM | ESCAN | SCAN - FILED 8/4/2017 - RETURN RECEIPT | ALS |
| 8/7/2017 | 12:43 PM | C001 | C001 NAME CHANGED FROM: FOR THE ESTATE OF LEIAH WA | ALS |
| 8/11/2017 | 11:20 AM | D003 | SERVICE OF CERTIFIED MAI ON 08/07/2017 FOR D003 | ALS |
| 8/11/2017 | 11:20 AM | ESERC | SERVICE RETURN | ALS |
| 8/11/2017 | 11:20 AM | D001 | SERVICE OF CERTIFIED MAI ON 08/07/2017 FOR D001 | ALS |
| 8/11/2017 | 11:20 AM | ESERC | SERVICE RETURN | ALS |

| 8/11/2017 | 11:21 AM | D002 | SERVICE OF CERTIFIED MAI ON 08/07/2017 FOR D002 | ALS |
| 8/11/2017 | 11:21 AM | ESERC | SERVICE RETURN | ALS |

*END OF THE REPORT*

DOCUMENT 1

ELECTRONICALLY FILED
8/3/2017 3:54 PM
61-CV-2017-900251.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

| | |
|---|---|
| **State of Alabama**<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) |

Case: 61
Date of Filing:
08/03/2017
Judge Code:

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET AL v. FARMERS INSU

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other  **First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
HOR026

Date: 8/3/2017 3:54:41 PM

/s/ EMILY H NELSON
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED

ELECTRONICALLY FILED
8/3/2017 3:54 PM
61-CV-2017-900251.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| RODNEY WATTS, personal representative of the estate of LEIAH WATTS; CAIDEN WATTS, by and through his father and next best friend, RODNEY WATTS; JACKSON WATTS, by and through his father and next best friend RODNEY WATTS; CURTIS WATTS, personal representative of the estate of EVELYN WATTS; BARRY MCBURNETT, personal representative of the estates of FAYE HOWARD and MARY ADAIR; RENEE STONE, individually and as mother and next best friend of VICTORIA STONE; and TAMMY MCBURNETT, individually. | * * * * * * * * * * * * * * * |
| **PLAINTIFFS,** | * * |
| v. | * * |
| FARMERS INSURANCE EXCHANGE; FARMERS GROUP, INC; MID-CENTURY INSURANCE CO., Fictitious parties defendant No. 1, whether singular or plural, that certain person or persons, entity or entities who or which sold Farmers' Insurance Auto Insurance policy number 19292-84-84 to RODNEY WATTS; Fictitious parties defendant No. 2, whether singular or plural, that certain person or persons, entity or entities who or which restricted the Plaintiffs' recovery under Farmers' Insurance Auto Insurance policy number 19292-84-84 to an aggregate amount of $300,000 for the deaths and injuries each suffered in the automobile accident which occurred on July 16, 2016 in Talladega County; Fictitious parties defendant No. 3, whether singular or plural, that certain person or persons, entity or entities who or which were the predecessors in interest to any named defendant in this matter; Fictitious parties defendant No. 4,whether singular or plural, that certain person or persons, entity or entities | * * * * * * * * * * * * * * * * * * * * * * * * * |

CV-2017-_____

who or which are the successors in interest to     *
any named defendant in this matter. Plaintiff   *
avers that the identities of the fictitious parties *
defendant herein are otherwise unknown to    *
Plaintiff at this time, or if their names are     *
known to Plaintiff their identities as proper    *
parties defendant are not known to Plaintiff    *
at this time, and their true names will be      *
substituted by amendment when ascertained.   *
                                            *

      **DEFENDANTS.**                    *

## COMPLAINT

## STATEMENT OF FACTS

1.      The Plaintiff, Rodney Watts, is a resident citizen of Munford in Talladega County, Alabama over the age of 19.

2.      Leiah Watts was a resident citizen of Munford in Talladega County, Alabama over the age of 19. She was Rodney Watts's wife, and Caiden Watts' and Jackson Watts' mother. Rodney Watts is the personal representative of her estate.

3.      Caiden Watts is a resident citizen of Munford in Talladega County, Alabama under the age of 19. He sues by and through his father and next friend, Rodney Watts.

4.      Jackson Watts is a resident citizen of Munford in Talladega County, Alabama under the age of 19. He sues by and through his father and next friend, Rodney Watts.

5.      Curtis Watts is an adult resident citizen of Munford in Talladega County, Alabama, over the age of 19.

6.      Evelyn Watts was the mother of Curtis Watts and was a resident citizen over the age of 19 of Munford, in Talladega County, Alabama. Curtis Watts is the personal representative of her estate.

7.      Barry McBurnett is an adult resident citizen of Lincoln in Talladega County,

Alabama.

8.      Faye Howard was a resident citizen over the age of 19 in Lincoln in Talladega County, Alabama.  She was Barry McBurnett's mother.  Barry McBurnett is the personal representative of her estate.

9.      Mary Adair was a resident citizen over the age of 19 of Lincoln in Talladega County, Alabama.  She was Barry McBurnett's aunt.  Barry McBurnett is the personal representative of her estate.

10.     The Defendant, Farmers Insurance Exchange, is a foreign entity by virtue of having its principal place of business in California, and having been formed in the state of California.  Defendant Farmers Insurance Exchange was doing business by agent in Talladega and Calhoun Counties in the State of Alabama by agent at all times relative to the allegations set forth in this complaint.

11.     The defendant, Farmers Group, Inc., is the attorney in fact under the laws of the State of California for Farmers Insurance Exchange.  As the attorney-in-fact, Farmers Group, Inc. handles all of the administrative and other details involved in the issuing of policies, premium payments, and claim evaluations by Farmers' Insurance Exchange. Farmers Group, Inc. is a foreign corporation by virtue of its having its principal place of business in California and having been incorporated in a state other than Alabama. Defendant Farmers Group, Inc. was doing business in the State of Alabama by agent in Talladega and Calhoun Counties at all times relative to the allegations set forth in this complaint.

12.     The Defendant, Mid-Century Insurance Company, is a foreign corporation by virtue of its having its principal place of business in Woodland, California, and having been

incorporated in a state other than Alabama. Defendant Mid-Century was doing business in the State of Alabama by agent in Talladega and Calhoun Counties at all times relative to the allegations set forth in this complaint

13.     Fictitious party defendant No. 1 is that person, partnership, firm or corporation who or which sold Farmers' Insurance Auto Insurance policy number 19292-84-84 to RODNEY WATTS which is the subject of this complaint and who confirmed the representations of its agent and who otherwise made misrepresentations regarding the policy.

14.     Fictitious party defendant No. 2 is that person, partnership, firm or corporation who or which restricted the Plaintiffs' recovery under Farmers' Insurance Auto Insurance policy number 19292-84-84 to an aggregate amount of $300,000 for the deaths and injuries each suffered in the automobile accident which occurred on July 16, 2016 in Talladega County.

15.     Fictitious parties defendant No. 3, whether singular or plural, is that certain person or persons, entity or entities who or which were the predecessors in interest to any named defendant in this matter.

16.     Fictitious parties defendant No. 4, whether singular or plural, is that certain person or persons, entity or entities who or which are the successors in interest to any named defendant in this matter.

17.     The identities of fictitious parties defendants 1, 2, 3, and 4 are otherwise unknown to Plaintiffs at this time, or if their names are known to Plaintiffs their identities as proper parties defendant are not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained.

18.     On or about July 16, 2016, the plaintiffs' and/or their decedents were traveling

in a 2014 Ford Expedition Truck on Alabama Highway 21 in Winterboro in Talladega, County, Alabama when the Expedition they were riding in was struck unlawfully by a vehicle driven by Wiley Marsh "Pete" Whitworth.  As a result of the accident, Leiah Gatlin Watts, M. Faye Howard, Mary Adair, and Evelyn Foshee Watts, were killed, and Tammy McBurnett and Renee Stone and Caiden Watts were injured.  Victoria Stone and Jackson Watts were also passengers in the vehicle at the time of the accident

19.     At the time of the accident, Rodney Watts and Leiah Watts had in full force and effect Farmers Insurance automobile insurance policy number 19292-84-84.  The policy included UM/UIM coverage and insured a total of five vehicles.  The policy was issued on June 18, 2016.

20.     At the time the policy was issued, Rodney Watts, Leiah Watts' husband, and Mrs. Watts herself were assured that, in the event of an accident involving an uninsured or underinsured motorist, each individual person injured in a vehicle would be entitled to stack up to two times the individual coverage amount of $50,000, for a total of $150,000 per injured person.

21.     The language of the policy itself supported this statement by the Defendants' agents.  In the Alabama endorsement to the policy that sets forth the applicable uninsured motorist limits, the policy explains the following:

> (1) The limit of liability for Uninsured Motorist coverage stated in the Declarations for each person for the occupied insured car, plus the sum of the highest limits of liability for Uninsured Motorists coverage stated in the Declarations for each person applicable to any other insured car on the policy, up to a maximum of two additional limits, is our maximum limit of liability for all damages.

While the policy does list a maximum limit of liability per accident in the amount of

$100,000 plus two additional coverages for a total of $300,000, the policy also explains that that maximum limit is "subject to the limit for each person."

22.     The Alabama Uninsured Motorist Statute also provides that an insurance company may only legally restrict stacking under a single policy covering multiple vehicles to two coverages per injured person.  § 32-7-23(c), <u>Code of Alabama</u> (1975).

23.     After the terrible accident on July 16, 2016, Rodney Watts learned for the first time that the Defendants refused to pay $150,000 per death or injury but rather insisted that the most they owed for all of the deaths and injuries in the accident combined was $300.000.00.

24.     The deaths and injuries listed above were caused by an underinsured motorist as that term is defined in § 32-7-23(b)(4), <u>Code of Alabama</u> (1975).  Accordingly, each person injured, or each estate of an individual killed in the accident is entitled to receive up to $150,000 under the Farmers Insurance automobile policy.  By unlawfully restricting the amount offered to the injured individuals and the decedents' estates to a total of $300,000, the Defendants are breaching the duty of good faith and fair dealing they owe to their insureds.

## COUNT I

### FRAUD DURING 2016
### (Section 6-5-100, 101, 102, 103, 104; 1975, <u>Code of Alabama</u>)

25.     Plaintiffs reallege all of the allegations contained in the "Statement of Facts" above.

## MISREPRESENTATION OF MATERIAL FACTS

26.     During 2016, the Defendants misrepresented material facts to the Plaintiff

Rodney Watts which include but are not limited to the following:

      a.      The Plaintiff was purchasing an automobile policy that would provide UM/UIM coverage in the amount of $50,000 for the 2014 Expedition involved in the accident plus an additional two more coverages for a total of $150,000 coverage <u>per person</u> and

      a.      The UM/UIM coverage provided by Farmers to Rodney Watts as stated in their policy complied with the Alabama UM/UIM statute.

27.    These misrepresentations of material facts made by the Defendants to the Plaintiff were made intentionally and/or deliberately and/or consciously and/or maliciously and/or oppressively and/or fraudulently and are in violation of the policy itself and the Alabama Uninsured Motorist Statute. Alternatively, these misrepresentations of material facts were made wantonly.

28.    The Plaintiff justifiably relied to his detriment on the Defendants' misrepresentations as herein above stated by:

      a.      Paying premium payments to the Defendants;

      b.      Not seeking any other comparable type of insurance.

29.    Plaintiff was damaged by justifiably relying on the material fact misrepresentations as follows:

      a.      The Defendants are refusing to pay up to $150,000 per injured person or decedent;

      b.      The Defendants now insist that the most they have to pay for all of the injuries and deaths that day is $300,000, thereby depriving Mr. Watts, who lost his wife in his accident, and his sons, one of whom was physically injured and one of who was scarred

as a result of being in the vehicle at the same time his mother, grandmother and aunt were killed, of the full amount of recovery he is entitled to under the policy;

      c.     Emotional distress.

      d.     Mental anguish.

## **SUPPRESSION**

30.    During 2016, the Defendants suppressed material facts from the Plaintiff Rodney Watts which included but are not limited to the following:

      a.     The Defendants would not pay up to $150,000 per person for injuries and/or deaths due to an uninsured or underinsured motorist in contravention both of the Farmer's policy and the Alabama Uninsured Motorist Statute;

      b.     The Defendants would only pay a total of $300,000 no matter how many people were injured or killed in an accident covered under the uninsured and underinsured motorist coverage in contravention both of the Farmer's policy and the Alabama Uninsured Motorist Statute.

31.    The suppressions by the Defendants were withheld consciously and/or deliberately and/or oppressively and/or intentionally and/or fraudulently and/or wantonly.

32.    The Defendants were under a duty, because of the circumstances in this particular case or because the law implies a duty, to communicate material facts hereinabove mentioned to the Plaintiff.

33.    Based on the suppression of material facts by the Defendants, the Plaintiff Rodney Watts justifiably relied to his detriment as follows:

      a.     Paying premium payments to the Defendants;

      b.     Not seeking any other comparable type of insurance.

34.    Plaintiff was damaged by justifiably relying on the material fact misrepresentations as follows:

a.    The Defendants are refusing to pay up to $150,000 per injured person or decedent;

b.    The Defendants now insist that the most they have to pay for all of the injuries and deaths that day is $300,000, thereby depriving Mr. Watts, who lost his wife in his accident, and his sons, one of whom was physically injured and one of who was scarred as a result of being in the vehicle at the same time his mother, grandmother and aunt were killed, of the full amount of recovery he is entitled to under the policy;

c.    Emotional distress.

d.    Mental anguish.

## DECEIT

35.    During 2016, the Defendants willfully and/or deliberately and/or consciously and/or wantonly and/or maliciously misrepresented material facts to the Plaintiff.

36.    The Defendants fraudulently and/or recklessly and/or wantonly and/or deliberately represented facts as true which the Defendants may not have known to have been false, but intended to deceive the Plaintiff and said action is equivalent to the knowledge of the falsehood.

## FRAUDULENT DECEIT

37.    During 2016, Defendants fraudulently and/or maliciously and or willfully and/or consciously and/or deliberately and/or oppressively and/or wantonly deceived the Plaintiff with the intent to induce the Plaintiff to alter her position which caused the Plaintiff

injury and/or damages.

38.     Said willful and/or malicious and/or conscious and/or deliberate and/or wanton deception by the Defendants perpetrated upon the Plaintiff includes but is not limited to the misrepresentations and the suppressions and deceit previously stated heretofore in this Complaint.

39.     A deceit within the meaning of this section is either:

      a.    A suggestion as a fact of that which is not true by one who does not believe it to be true;

      b.    The assertion as a fact of that which is not true by one who has no reason or ground for believing it to be true;

      c.    The suppression of a fact by one is bound to disclose it or who gives information of other facts which are likely to mislead for want of communication of that fact;

      d.    A promise made without any intention of performing it.

40.     Plaintiff justifiably relied upon said deliberate and/or conscious and/or malicious and/or fraudulent misrepresentations by the Defendants as follows:

      a.    Paying premium payments to the Defendants;

      b.    Not seeking any other comparable type of insurance.

41.     Plaintiff, as a result of justifiably relying on the material fact misrepresentations made by the Defendants was damaged as follows:

      a.    The Defendants are refusing to pay up to $150,000 per injured person or decedent;

      b.    The Defendants now insist that the most they have to pay for all of the injuries and deaths that day is $300,000, thereby depriving Mr. Watts, who lost his wife in his accident, and his sons, one of whom was physically injured and one of who was scarred

as a result of being in the vehicle at the same time his mother, grandmother and aunt were killed, of the full amount of recovery he is entitled to under the policy;

      c.      Emotional distress.

      d.      Mental anguish.

42.     Defendants authorized and/or ratified the wrongful conduct of its agents and/or servants and/or employees in their entire dealings with the Plaintiff. Further, the fraud practiced upon the Plaintiff by the agents, who were acting within the line and scope of their employment for Defendants was calculated to and/or did benefit Defendants and Defendants knowingly participated with the agent to commit the above-mentioned fraud and/or wrongful conduct with the full knowledge of the import of its act.

43.     The fraud perpetrated during 2016 upon the Plaintiff by the Defendants continued daily until the aftermath of July 16, 2016, when Plaintiff learned for the first time of the frauds that had been committed upon him as has been mentioned above.

44.     The fraud hereinabove alleged is part of a pattern and practice of wrongful conduct perpetrated on other individuals similarly situated as the Plaintiff.

Wherefore, these premises considered, the Plaintiff Rodney Watts demands judgment against the Defendants and fictitious parties defendants 1, 2, 3 and 4, in an amount for compensatory and punitive damages to be determined by the jury.

## COUNT II: BREACH OF CONTRACT

45.     Plaintiffs reallege and reaver all of the preceding paragraphs of this complaint as if set out in full herein.

46.     Plaintiffs aver that under the term of the Farmers Insurance automobile policy issued to Rodney Watts, Wiley Marsh "Pete" Whitworth, was an underinsured motorist.

47.     Plaintiffs aver that at the time of the accident, they, or their decedents, were insureds under a policy of insurance for uninsured or underinsured motorist coverage between Rodney Watts and the Defendants.  Plaintiffs aver that the Defendants are liable to them for the injuries and deaths that occurred under the policy referenced earlier in this complaint.

WHEREFORE, the Plaintiffs demand judgment against the Defendants and fictitious parties defendants 1, 2, 3 and 4 for an amount of damages to be determined by the jury.

## COUNT III:  WRONGFUL DENIAL OF INSURANCE BENEFITS AND BAD FAITH

48.     Plaintiffs reaver and reallege all of the preceding paragraphs of this complaint as if set out in full herein.

49.     Each of the named Plaintiffs, or their decedents, were insureds under Farmers' Insurance automobile policy 19292-84-84 at the time of the accident on July 16, 2016.  Each of the named Plaintiffs, or their decedents, were injured or killed as a result of the automobile accident on July 26, 2016.

50.     Plaintiffs' were underinsured motorists pursuant to the Farmers Insurance automobile policy 19292-84-84.

51.     The Defendants have wrongfully refused to pay the full amount on insurance benefits due to the Plaintiffs.

WHEREFORE, these premises considered, the Plaintiffs demand judgment against the Defendants and fictitious parties 1, 2, 3 and 4 in an amount for both compensatory and punitive damages to be determined by a jury.

## AD DAMNUM CLAUSE

52.     Plaintiffs reaver all of the preceding paragraphs of this complaint.

53.    Plaintiffs allege that the conduct of the Defendants, Farmers Insurance Exchange, Farmers Group, Inc. and Mid-Century Insurance Company and of the fictitious parties Defendant No. 1, 2, 3 and 4 as described in the caption of this Complaint combined and concurred to cause the fraud, breach of contract, bad faith and unlawful payment of insurance benefits to the Plaintiffs.  As a proximate consequence of the wrongful conduct of the Defendants, Farmers Insurance Exchange, Farmers Group, Inc. and Mid-Century Insurance Company and of the fictitious parties Defendant No. 1, 2, 3 and 4, as described in the caption of this Complaint, the Plaintiffs were caused to suffer the damages set out in the entirety of this complaint.

WHEREFORE, Plaintiffs demand judgement against each of the named and fictitious Defendants separately and severally for both compensatory and punitive damages in an amount to be determined by the jury that is mete and proper.

### JURY DEMAND

The Plaintiffs respectfully demand a trial by struck jury of all issues so triable.

Done on this the 3 day of August, 2017.

/s/ Larry W. Morris
Larry W. Morris (MOR007)

/s/Emily H. Nelson
Emily H. Nelson (HOR026)

*Counsel for Plaintiff*

**OF COUNSEL:**
MORRIS, HAYNES, WHEELES
KNOWLES & NELSON
Post Office Box 1660
Alexander City, AL 35011
T:      (256) 329-2000
Email: lmorris@mhhlaw.net

MORRIS, HAYNES, WHEELES,
KNOWLES & NELSON
3500 Colonnade Parkway, Ste. 100
Birmingham, Alabama 35243
T:        (205) 324-4008
Email: enelson@mhhlaw.net

**OF COUNSEL:**
Gregory C. Morgan (MOR 176)
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:        (256) 362-2386
Email: gregmorganlaw@gmail.com

Charles P. Gaines (GAI 002)
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:        (256) 362-2386

## PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:

Farmers Insurance Exchange
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

Farmers Group, Inc.
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

Mid-Century Insurance Company
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104


ELECTRONICALLY FILED
8/3/2017 3:54 PM
61-CV-2017-900251.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

|                                      |     |              |
|--------------------------------------|-----|--------------|
| RODNEY WATTS, et al.,                | *   |              |
|                                      | *   |              |
| **PLAINTIFFS,**                      | *   |              |
|                                      | *   |              |
| v.                                   | *   | CV-2017-____ |
|                                      | *   |              |
| FARMERS INSURANCE                    | *   |              |
| EXCHANGE, et al.,                    | *   |              |
|                                      | *   |              |
| **DEFENDANTS.**                      | *   |              |

## INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT FARMERS INSURANCE EXCHANGE

Come now the Plaintiffs and, pursuant to Rules 26, 33, and 34, Alabama Rules of Civil Procedure, hereby serve upon the defendant Farmers Insurance Exchange following interrogatories and requests for production, to be answered under oath within the time provided by law. These interrogatories and requests for production are continuing, and you are required to supplement your responses to the extent required by Alabama Rule of Civil Procedure 26(e). Once you have answered these interrogatories and requests, if new or additional information relating to any of them comes to your attention, then you are required, pursuant to Rule 26(e), to furnish such new or additional information to this plaintiff and to file and serve upon counsel for this plaintiff supplemental responses to these interrogatories and requests as required by the facts and circumstances of the case and the Alabama Rules of Civil Procedure.

## I. INSTRUCTIONS AND DEFINITIONS

A.    When used in these interrogatories, the terms "defendant," "you," "your" or any synonym thereof, are intended to and shall embrace and include the defendant; and in addition, all agents, servants, employees, representatives, private investigators, attorneys and others who are in possession of or may have obtained information for or on behalf of the defendant.

B.    The terms "identify" or "identity," when used in reference to an individual, shall mean to state the full name, the present or last known home and business addresses, home and

business telephone numbers, their employer and job title and present whereabouts of each such person.

C.    The terms "identification," "identify," or "identity" when used in reference to a corporation or other entity or person, shall mean to state the full legal name, state of incorporation or organization, address of the home office, and of the principal place of business.

D.    The terms "identify" or "identity," when used in reference to a document or file, shall mean to give a description of the document or file, its author, the manner and date or time period in which it originated, was developed or kept, its original location, its present location, and all persons who have been custodians of the document or file. Such identification should be made with a sufficient level of particularity to enable you to respond to a request to produce same.

E.    The words "produce" or "produced" mean to make available the documents and tangible things requested herein for inspection and copying. Documents are requested to be produced in the order they are kept in the usual course of business or in an order that corresponds with the categories of this request and labeled as such. If any document or tangible thing requested was, but is not now, in your possession or custody or subject to your control at any time, please state what disposition was made of such document or tangible thing and when such disposition occurred. If you decline to produce any document requested hereinafter on the basis of any privilege known in the law, then, at the time of production designated herein, as to each such document, please provide the following written information pertaining to such document:

1.    Its date, or if not dated, the date it was prepared or received;

2.    The type of document (e.g., letter, memorandum, telegram, chart, photograph, reproduction);

3.    The author and the addressee, including the names of all persons receiving a copy, whether reflected upon the face of the document or not, and the relationship of such person(s) to you;

4.    Its present location;

5.    The identity of the individual or person presently maintaining custody of the document;

6.    The number of pages thereof;

7.    Whether such document contains or relates to facts, or opinions, or both; and

8.    The nature of the privilege or other grounds for refusing production (e.g., work product, attorney/client) that you claim with respect to such document and the circumstances relied upon to support that claim.

F.      The words "related to" or "relating to" shall include pertaining to, concerning, respecting, referring to, summarizing, digesting, embodying, reflecting, establishing, tending to establish, derogating from, tending not to establish, evidencing, comprising, connected with, commenting on, responding to, disagreeing with, showing, describing, analyzing, representing, constituting, or including.

G.      The words "documents" or "documents" are used in their broad and liberal sense and shall mean the original (or, if the original is not available the best copy available) of any and all information in tangible or other form and shall include, without limiting the generality of the foregoing, all letters, correspondence, contracts, agreements, memoranda, mechanical and electronic recordings and all information so stored or transcripts of such recordings, calendar and diary entries, notes or memoranda of conversations, telephonic or otherwise, and of meetings or conferences, studies, reports, recommendation, quotations, offers, inquiries, bulletins, summaries, newsletters, compilations, specifications, maps, charts, blueprints, diagrams, graphs, photographs, pictures, film, videotapes, microfilm, propositions, articles, announcements, newspaper clippings, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, receipts, opinions, certificates, and writings of any kind, and all other tangible things upon which any handwriting, typing, printing, drawings, representation, photostatic or other copy or other graphic matter, magnetic or electrical impulses, or other form of communication is recorded or produced, including audio and video recordings and computer-stored information, whether or not in printout form and all rough drafts and revised drafts (including all handwritten notes or other marks on same), and all other drafts and copies of documents as hereinbefore defined by whatever means made. If multiple copies of a document exist, each copy which is being identified, produced or identified as a privileged document shall also be produced or so identified. Also to be identified or produced are all documents clipped, stapled, or otherwise attached to all described or requested documents.

H.      The words "person" or "persons" mean all natural persons ("individual" or "individuals") and all entities (including, without limitation:   corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus, or boards).

I.      A "communication" shall mean every manner or means of disclosure, transfer, or exchange of information whether orally or face-to-face or by telephone, e-mail, mail, personal delivery, documents, and otherwise.

J.      The words "and" as well as "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

K.      "All" includes the word "any" and "any" includes the word "all." "Each" includes the word "every" and "every" includes the word "each."

## II. REQUESTS FOR PRODUCTION AND INTERROGATORIES

1.      Please state the name and address of all persons who provided information on behalf of Farmers Insurance Exchange for the answering of these interrogatories.

Answer:

2.      Is this defendant correctly named in this complaint?  If not, please provide the correct name and the address of this defendant.

Answer:

3.      Please state the name and address of the person at Farmers Insurance Exchange most knowledgeable about the underwriting and issuance of the policy involved in this matter.

Answer:

4.      Please state the name and address of the person at Farmers Insurance Exchange most knowledgeable about the decision to limit their offer to no more than $300,000 total to the injured plaintiffs to settle all claims:

Answer:

5.      Please state the name and address of all persons who on behalf of Farmers Insurance Exchange investigated the Plaintiffs' claims.

Answer:

6.      Please state the name and address of all persons who provided information to Farmers Insurance Exchange of any kind in the course of its investigation of the Plaintiffs' claims.

Answer:

7.      Please produce all statements taken by any of the Plaintiffs regarding this claim in any form whatsoever.

Answer:

8.      Please produce the policy file in this matter.

Answer:

9.      Please produce the underwriting file for the policy at issue in this matter.

Answer:

10.     Please produce the claims file in this matter.

Answer:

11.     Please produce the investigation file for the claim in this matter.

Answer:

12.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to Rodney Watts, Leiah Watts, Caiden Watts, Jackson Watts, Evelyn Watts, Faye Howard, Mary Adair, Victoria Stone and/or Tammy McBurnett and/or Farmers Insurance Auto Insurance policy number 19292-84-84 and/or the July 16, 2016 accident on which the UM claims at issue is based.

Answer:

13.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the claims for uninsured motorist benefits made by the Plaintiffs in this case.

Answer:

14.     Please produce a payment history of premiums paid by Rodney Watts and/or Leiah Watts to this Defendant for policy number 19292-84-84.

Answer:

15.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the investigation of the claims for uninsured motorist benefits made by the Plaintiffs in this case.

Answer:

16.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the underwriting or the issuance of any policy to Rodney Watts or Leiah Watts by this defendant.

Answer:

17.     Pursuant to Alabama Rule of Civil Procedure 26(b)(2), please produce any insurance agreement in this defendant's possession under which any person carrying on an insurance business may be liable to satisfy part or all of any judgement which may be entered in this matter or under which any person may be liable to indemnify or reimburse for payments made to satisfy any such judgement.

Answer:

18.    Please state the full name and address of each expert that this Defendant intends to use at the trial of this cause, as well as:

        a)    The qualifications, educational background and experience of each such expert;

        b)    State the subject matter to which each such expert will testify;

        c)    State with specificity and in detail the substance of any facts and opinions to which the expert is expected to testify and a summary of each such opinion, together with the grounds and basis of each such opinion.

Answer:

19.    Please produce the files, inquiries, letters, etc. and names, addresses and telephone numbers of any and all insureds of Farmers Insurance Exchange in Alabama who have complained about the restriction of UM motorist benefits in the aggregate to the original plus two policy coverages for policies similar to Rodney Watt's policy from 2010 through the present.

Answer:

20.    Please produce any letters of inquiry from the Alabama Department of Insurance involving complaints about the restriction of UM motorist benefits in the aggregate to the original plus two policy coverages for policies similar to Rodney Watts' policy from 2010 through the present.

Answer:

21.    Please state the style of each legal proceeding filed against this defendant claiming fraud, misrepresentation, breach of contract or bad faith with regard to the payment of uninsured motorist benefits in the state of Alabama, whether in state court, federal court or arbitration, from 2010 to the present.  In addition, for each such legal proceeding, please state how or if the legal proceeding resolved and the names and addresses of the attorneys involved in any such lawsuit.

Answer:

22.    Please explain the relationship between Farmers Insurance Exchange, Farmers Group, Inc., and Mid-Century Insurance Co.

Answer:

23.    If there is any other entity or individual responsible for evaluating and/or making claims decisions regarding the Plaintiffs' claims in this matter, please state their name, position, company and address.

Answer:

24.    For the last six years produce the names and contact information of all policy holders in Alabama who

a)    Had Uninsured motorist coverage
b)    Had 3 or more vehicles on the same policy
c)    Made a claim where only the per occurrence limit times 3 was paid
d)    The amount of individual damages for each insured under the policy when stacked up to two coverages was more than the per occurrence limit stacked up to two coverages.

Done on this the 3 day of August, 2017.

/s/ Larry W. Morris
Larry W. Morris (MOR007)

/s/Emily H. Nelson
Emily H. Nelson (HOR026)

*Counsel for Plaintiff*

**OF COUNSEL:**
Morris, Haynes, Wheeles
Knowles & Nelson
Post Office Box 1660
Alexander City, AL 35011
T:    (256) 329-2000
Email: lmorris@mhhlaw.net

Morris, Haynes, Wheeles
Knowles & Nelson
3500 Colonnade Parkway, Ste. 100
Birmingham, Alabama 35243
T:    (205) 324-4008
Email: enelson@mhhlaw.net

**OF COUNSEL:**
Gregory C. Morgan
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:    (256) 362-2386
Email: gregmorganlaw@gmail.com

Charles P. Gaines
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:      (256) 362-2386

**PLEASE SERVE WITH SUMMONS/COMPLAINT**

ELECTRONICALLY FILED
8/3/2017 3:54 PM
61-CV-2017-900251.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| RODNEY WATTS, et al., | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | CV-2017-____ |
| | * | |
| FARMERS INSURANCE | * | |
| EXCHANGE, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

## INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT FARMERS GROUP INC.

Come now the Plaintiffs and, pursuant to Rules 26, 33, and 34, Alabama Rules of Civil Procedure, hereby serve upon the defendant Farmers Group Inc. following interrogatories and requests for production, to be answered under oath within the time provided by law. These interrogatories and requests for production are continuing, and you are required to supplement your responses to the extent required by Alabama Rule of Civil Procedure 26(e). Once you have answered these interrogatories and requests, if new or additional information relating to any of them comes to your attention, then you are required, pursuant to Rule 26(e), to furnish such new or additional information to this plaintiff and to file and serve upon counsel for this plaintiff supplemental responses to these interrogatories and requests as required by the facts and circumstances of the case and the Alabama Rules of Civil Procedure.

### I. INSTRUCTIONS AND DEFINITIONS

A.    When used in these interrogatories, the terms "defendant," "you," "your" or any synonym thereof, are intended to and shall embrace and include the defendant; and in addition, all agents, servants, employees, representatives, private investigators, attorneys and others who are in possession of or may have obtained information for or on behalf of the defendant.

B.    The terms "identify" or "identity," when used in reference to an individual, shall mean to state the full name, the present or last known home and business addresses, home and

business telephone numbers, their employer and job title and present whereabouts of each such person.

C.    The terms "identification," "identify," or "identity" when used in reference to a corporation or other entity or person, shall mean to state the full legal name, state of incorporation or organization, address of the home office, and of the principal place of business.

D.    The terms "identify" or "identity," when used in reference to a document or file, shall mean to give a description of the document or file, its author, the manner and date or time period in which it originated, was developed or kept, its original location, its present location, and all persons who have been custodians of the document or file. Such identification should be made with a sufficient level of particularity to enable you to respond to a request to produce same.

E.    The words "produce" or "produced" mean to make available the documents and tangible things requested herein for inspection and copying. Documents are requested to be produced in the order they are kept in the usual course of business or in an order that corresponds with the categories of this request and labeled as such. If any document or tangible thing requested was, but is not now, in your possession or custody or subject to your control at any time, please state what disposition was made of such document or tangible thing and when such disposition occurred. If you decline to produce any document requested hereinafter on the basis of any privilege known in the law, then, at the time of production designated herein, as to each such document, please provide the following written information pertaining to such document:

1.    Its date, or if not dated, the date it was prepared or received;

2.    The type of document (e.g., letter, memorandum, telegram, chart, photograph, reproduction);

3.    The author and the addressee, including the names of all persons receiving a copy, whether reflected upon the face of the document or not, and the relationship of such person(s) to you;

4.    Its present location;

5.    The identity of the individual or person presently maintaining custody of the document;

6.    The number of pages thereof;

7.    Whether such document contains or relates to facts, or opinions, or both; and

8.    The nature of the privilege or other grounds for refusing production (e.g., work product, attorney/client) that you claim with respect to such document and the circumstances relied upon to support that claim.

F.     The words "related to" or "relating to" shall include pertaining to, concerning, respecting, referring to, summarizing, digesting, embodying, reflecting, establishing, tending to establish, derogating from, tending not to establish, evidencing, comprising, connected with, commenting on, responding to, disagreeing with, showing, describing, analyzing, representing, constituting, or including.

G.     The words "documents" or "documents" are used in their broad and liberal sense and shall mean the original (or, if the original is not available the best copy available) of any and all information in tangible or other form and shall include, without limiting the generality of the foregoing, all letters, correspondence, contracts, agreements, memoranda, mechanical and electronic recordings and all information so stored or transcripts of such recordings, calendar and diary entries, notes or memoranda of conversations, telephonic or otherwise, and of meetings or conferences, studies, reports, recommendation, quotations, offers, inquiries, bulletins, summaries, newsletters, compilations, specifications, maps, charts, blueprints, diagrams, graphs, photographs, pictures, film, videotapes, microfilm, propositions, articles, announcements, newspaper clippings, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, receipts, opinions, certificates, and writings of any kind, and all other tangible things upon which any handwriting, typing, printing, drawings, representation, photostatic or other copy or other graphic matter, magnetic or electrical impulses, or other form of communication is recorded or produced, including audio and video recordings and computer-stored information, whether or not in printout form and all rough drafts and revised drafts (including all handwritten notes or other marks on same), and all other drafts and copies of documents as hereinbefore defined by whatever means made.  If multiple copies of a document exist, each copy which is being identified, produced or identified as a privileged document shall also be produced or so identified.  Also to be identified or produced are all documents clipped, stapled, or otherwise attached to all described or requested documents.

H.     The words "person" or "persons" mean all natural persons ("individual" or "individuals") and all entities (including, without limitation:  corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus, or boards).

I.     A "communication" shall mean every manner or means of disclosure, transfer, or exchange of information whether orally or face-to-face or by telephone, e-mail, mail, personal delivery, documents, and otherwise.

J.     The words "and" as well as "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

K.     "All" includes the word "any" and "any" includes the word "all." "Each" includes the word "every" and "every" includes the word "each."

## II. REQUESTS FOR PRODUCTION AND INTERROGATORIES

1.      Please state the name and address of all persons who provided information on behalf of Farmer Group Inc. for the answering of these interrogatories.

Answer:

2.      Is this defendant correctly named in this complaint?  If not, please provide the correct name and the address of this defendant.

Answer:

3.      Please state the name and address of the person at Farmers Group Inc. most knowledgeable about the underwriting and issuance of the policy involved in this matter.

Answer:

4.      Please state the name and address of the person at Farmers Group, Inc. most knowledgeable about the decision to limit their offer to no more than $300,000 total to the injured plaintiffs to settle all claims:

Answer:

5.      Please state the name and address of all persons who on behalf of Farmers Group Inc. investigated the Plaintiffs' claims.

Answer:

6.      Please state the name and address of all persons who provided information to Farmers Group Inc. of any kind in the course of its investigation of the Plaintiffs' claims.

Answer:

7.      Please produce all statements taken by any of the Plaintiffs regarding this claim in any form whatsoever.

Answer:

8.      Please produce the policy file in this matter.

Answer:

9.      Please produce the underwriting file for the policy at issue in this matter.

Answer:

10.     Please produce the claims file in this matter.

Answer:

11.     Please produce the investigation file for the claim in this matter.

Answer:

12.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to Rodney Watts, Leiah Watts, Caiden Watts, Jackson Watts, Evelyn Watts, Faye Howard, Mary Adair, Victoria Stone and/or Tammy McBurnett and/or Farmers Insurance Auto Insurance policy number 19292-84-84 and/or the July 16, 2016 accident on which the UM claims at issue is based.

Answer:

13.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the claims for uninsured motorist benefits made by the Plaintiffs in this case.

Answer:

14.     Please produce a payment history of premiums paid by Rodney Watts and/or Leiah Watts to this Defendant for policy number 19292-84-84.

Answer:

15.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the investigation of the claims for uninsured motorist benefits made by the Plaintiffs in this case.

Answer:

16.     Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the underwriting or the issuance of any policy to Rodney Watts or Leiah Watts by this defendant.

Answer:

17.     Pursuant to Alabama Rule of Civil Procedure 26(b)(2), please produce any insurance agreement in this defendant's possession under which any person carrying on an insurance business may be liable to satisfy part or all of any judgement which may be entered in this matter or under which any person may be liable to indemnify or reimburse for payments made to satisfy any such judgement.

Answer:

18.    Please state the full name and address of each expert that this Defendant intends to use at the trial of this cause, as well as:

a)    The qualifications, educational background and experience of each such expert;

b)    State the subject matter to which each such expert will testify;

c)    State with specificity and in detail the substance of any facts and opinions to which the expert is expected to testify and a summary of each such opinion, together with the grounds and basis of each such opinion.

Answer:

19.    Please produce the files, inquiries, letters, etc. and names, addresses and telephone numbers of any and all insureds of Farmers Group Inc. in Alabama who have complained about the restriction of UM motorist benefits in the aggregate to the original plus two policy coverages for policies similar to Rodney Watt's policy from 2010 through the present.

Answer:

20.    Please produce any letters of inquiry from the Alabama Department of Insurance involving complaints about the restriction of UM motorist benefits in the aggregate to the original plus two policy coverages for policies similar to Rodney Watts' policy from 2010 through the present.

Answer:

21.    Please state the style of each legal proceeding filed against this defendant claiming fraud, misrepresentation, breach of contract or bad faith with regard to the payment of uninsured motorist benefits in the state of Alabama, whether in state court, federal court or arbitration, from 2010 to the present.  In addition, for each such legal proceeding, please state how or if the legal proceeding resolved and the names and addresses of the attorneys involved in any such lawsuit.

Answer:

22.    Please explain the relationship between Farmers Insurance Exchange, Farmers Group, Inc., and Mid-Century Insurance Co.

Answer:

23.    If there is any other entity or individual responsible for evaluating and/or making claims decisions regarding the Plaintiffs' claims in this matter, please state their name, position, company and address.

Answer:

24.   For the last six years produce the names and contact information of all policy holders in Alabama who

    a)       Had Uninsured motorist coverage
    b)       Had 3 or more vehicles on the same policy
    c)       Made a claim where only the per occurrence limit times 3 was paid
    d)       The amount of individual damages for each insured under the policy when stacked up to two coverages was more than the per occurrence limit stacked up to two coverages.

Done on this the 3 day of August, 2017.

/s/ Larry W. Morris
Larry W. Morris (MOR007)

/s/Emily H. Nelson
Emily H. Nelson (HOR026)

*Counsel for Plaintiff*

**OF COUNSEL:**
MORRIS, HAYNES, WHEELES
KNOWLES & NELSON
Post Office Box 1660
Alexander City, AL 35011
T:    (256) 329-2000
Email: lmorris@mhhlaw.net

MORRIS, HAYNES, WHEELES,
KNOWLES & NELSON
3500 Colonnade Parkway, Ste. 100
Birmingham, Alabama 35243
T:    (205) 324-4008
Email: enelson@mhhlaw.net

**OF COUNSEL:**
Gregory C. Morgan
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:    (256) 362-2386
Email: gregmorganlaw@gmail.com

**PLEASE SERVE WITH SUMMONS/COMPLAINT**



ELECTRONICALLY FILED
8/3/2017 3:54 PM
61-CV-2017-900251.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, et al.,     *

                       *

PLAINTIFFS,         *

                       *

v.                    *     CV-2017-____

                       *

FARMES' INSURANCE     *

EXCHANGE, et al.,        *

                       *

DEFENDANTS.        *

## INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT MID-CENTURY INSURANCE CO.

Come now the Plaintiffs and, pursuant to Rules 26, 33, and 34, Alabama Rules of Civil Procedure, hereby serve upon the defendant Mid-Century Insurance Co. following interrogatories and requests for production, to be answered under oath within the time provided by law. These interrogatories and requests for production are continuing, and you are required to supplement your responses to the extent required by Alabama Rule of Civil Procedure 26(e). Once you have answered these interrogatories and requests, if new or additional information relating to any of them comes to your attention, then you are required, pursuant to Rule 26(e), to furnish such new or additional information to this plaintiff and to file and serve upon counsel for this plaintiff supplemental responses to these interrogatories and requests as required by the facts and circumstances of the case and the Alabama Rules of Civil Procedure.

### I. INSTRUCTIONS AND DEFINITIONS

A.    When used in these interrogatories, the terms "defendant," "you," "your" or any synonym thereof, are intended to and shall embrace and include the defendant; and in addition, all agents, servants, employees, representatives, private investigators, attorneys and others who are in possession of or may have obtained information for or on behalf of the defendant.

B.    The terms "identify" or "identity," when used in reference to an individual, shall mean to state the full name, the present or last known home and business addresses, home and

business telephone numbers, their employer and job title and present whereabouts of each such person.

C.     The terms "identification," "identify," or "identity" when used in reference to a corporation or other entity or person, shall mean to state the full legal name, state of incorporation or organization, address of the home office, and of the principal place of business.

D.     The terms "identify" or "identity," when used in reference to a document or file, shall mean to give a description of the document or file, its author, the manner and date or time period in which it originated, was developed or kept, its original location, its present location, and all persons who have been custodians of the document or file. Such identification should be made with a sufficient level of particularity to enable you to respond to a request to produce same.

E.     The words "produce" or "produced" mean to make available the documents and tangible things requested herein for inspection and copying. Documents are requested to be produced in the order they are kept in the usual course of business or in an order that corresponds with the categories of this request and labeled as such. If any document or tangible thing requested was, but is not now, in your possession or custody or subject to your control at any time, please state what disposition was made of such document or tangible thing and when such disposition occurred. If you decline to produce any document requested hereinafter on the basis of any privilege known in the law, then, at the time of production designated herein, as to each such document, please provide the following written information pertaining to such document:

1.     Its date, or if not dated, the date it was prepared or received;

2.     The type of document (e.g., letter, memorandum, telegram, chart, photograph, reproduction);

3.     The author and the addressee, including the names of all persons receiving a copy, whether reflected upon the face of the document or not, and the relationship of such person(s) to you;

4.     Its present location;

5.     The identity of the individual or person presently maintaining custody of the document;

6.     The number of pages thereof;

7.     Whether such document contains or relates to facts, or opinions, or both; and

8.     The nature of the privilege or other grounds for refusing production (e.g., work product, attorney/client) that you claim with respect to such document and the circumstances relied upon to support that claim.

F.      The words "related to" or "relating to" shall include pertaining to, concerning, respecting, referring to, summarizing, digesting, embodying, reflecting, establishing, tending to establish, derogating from, tending not to establish, evidencing, comprising, connected with, commenting on, responding to, disagreeing with, showing, describing, analyzing, representing, constituting, or including.

G.      The words "documents" or "documents" are used in their broad and liberal sense and shall mean the original (or, if the original is not available the best copy available) of any and all information in tangible or other form and shall include, without limiting the generality of the foregoing, all letters, correspondence, contracts, agreements, memoranda, mechanical and electronic recordings and all information so stored or transcripts of such recordings, calendar and diary entries, notes or memoranda of conversations, telephonic or otherwise, and of meetings or conferences, studies, reports, recommendation, quotations, offers, inquiries, bulletins, summaries, newsletters, compilations, specifications, maps, charts, blueprints, diagrams, graphs, photographs, pictures, film, videotapes, microfilm, propositions, articles, announcements, newspaper clippings, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, receipts, opinions, certificates, and writings of any kind, and all other tangible things upon which any handwriting, typing, printing, drawings, representation, photostatic or other copy or other graphic matter, magnetic or electrical impulses, or other form of communication is recorded or produced, including audio and video recordings and computer-stored information, whether or not in printout form and all rough drafts and revised drafts (including all handwritten notes or other marks on same), and all other drafts and copies of documents as hereinbefore defined by whatever means made.  If multiple copies of a document exist, each copy which is being identified, produced or identified as a privileged document shall also be produced or so identified.  Also to be identified or produced are all documents clipped, stapled, or otherwise attached to all described or requested documents.

H.      The words "person" or "persons" mean all natural persons ("individual" or "individuals") and all entities (including, without limitation:  corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus, or boards).

I.      A "communication" shall mean every manner or means of disclosure, transfer, or exchange of information whether orally or face-to-face or by telephone, e-mail, mail, personal delivery, documents, and otherwise.

J.      The words "and" as well as "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

K.      "All" includes the word "any" and "any" includes the word "all."  "Each" includes the word "every" and "every" includes the word "each."

## II. REQUESTS FOR PRODUCTION AND INTERROGATORIES

1.     Please state the name and address of all persons who provided information on behalf of Mid-Century Insurance Co. for the answering of these interrogatories.

Answer:

2.     Is this defendant correctly named in this complaint?  If not, please provide the correct name and the address of this defendant.

Answer:

3.     Please state the name and address of the person at Mid-Century Insurance Co. most knowledgeable about the underwriting and issuance of the policy involved in this matter.

Answer:

4.     Please state the name and address of the person at Mid-Century Insurance Company most knowledgeable about the decision to limit their offer to no more than $300,000 total to the injured plaintiffs to settle all claims:

Answer:

5.     Please state the name and address of all persons who on behalf of Mid-Century Insurance Co. investigated the Plaintiffs' claims.

Answer:

6.     Please state the name and address of all persons who provided information to Mid-Century Insurance Co. of any kind in the course of its investigation of the Plaintiffs' claims.

Answer:

7.     Please produce all statements taken by any of the Plaintiffs regarding this claim in any form whatsoever.

Answer:

8.     Please produce the policy file in this matter.

Answer:

9.     Please produce the underwriting file for the policy at issue in this matter.

Answer:

10.    Please produce the claims file in this matter.

Answer:

11.    Please produce the investigation file for the claim in this matter.

Answer:

12.    Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to Rodney Watts, Leiah Watts, Caiden Watts, Jackson Watts, Evelyn Watts, Faye Howard, Mary Adair, Victoria Stone and/or Tammy McBurnett and/or Farmers Insurance Auto Insurance policy number 19292-84-84 and/or the July 16, 2016 accident on which the UM claims at issue is based.

Answer:

13.    Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the claims for uninsured motorist benefits made by the Plaintiffs in this case.

Answer:

14.    Please produce a payment history of premiums paid by Rodney Watts and/or Leiah Watts to this Defendant for policy number 19292-84-84.

Answer:

15.    Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the investigation of the claims for uninsured motorist benefits made by the Plaintiffs in this case.

Answer:

16.    Please produce any and all documents in any form whatsoever, including electronic, or any other items in this defendant's possession that relate to the underwriting or the issuance of any policy to Rodney Watts or Leiah Watts by this defendant.

Answer:

17.    Pursuant to Alabama Rule of Civil Procedure 26(b)(2), please produce any insurance agreement in this defendant's possession under which any person carrying on an insurance business may be liable to satisfy part or all of any judgement which may be entered in this matter or under which any person may be liable to indemnify or reimburse for payments made to satisfy any such judgement.

Answer:

18.    Please state the full name and address of each expert that this Defendant intends to use at the trial of this cause, as well as:

a)    The qualifications, educational background and experience of each such expert;

b)    State the subject matter to which each such expert will testify;

c)    State with specificity and in detail the substance of any facts and opinions to which the expert is expected to testify and a summary of each such opinion, together with the grounds and basis of each such opinion.

Answer:

19.    Please produce the files, inquiries, letters, etc. and names, addresses and telephone numbers of any and all insureds of Farmers Group Inc.in Alabama who have complained about the restriction of UM motorist benefits in the aggregate to the original plus two policy coverages for policies similar to Rodney Watt's policy from 2010 through the present.

Answer:

20.    Please produce any letters of inquiry from the Alabama Department of Insurance involving complaints about the restriction of UM motorist benefits in the aggregate to the original plus two policy coverages for policies similar to Rodney Watts' policy from 2010 through the present.

Answer:

21.    Please state the style of each legal proceeding filed against this defendant claiming fraud, misrepresentation, breach of contract or bad faith with regard to the payment of uninsured motorist benefits in the state of Alabama, whether in state court, federal court or arbitration, from 2010 to the present.  In addition, for each such legal proceeding, please state how or if the legal proceeding resolved and the names and addresses of the attorneys involved in any such lawsuit.

Answer:

22.    Please explain the relationship between Farmers Insurance Exchange, Farmers Group, Inc., and Mid-Century Insurance Co.

Answer:

23.    If there is any other entity or individual responsible for evaluating and/or making claims decisions regarding the Plaintiffs' claims in this matter, please state their name, position, company and address.

Answer:

24.    For the last six years produce the names and contact information of all policy holders in Alabama who

a)    Had Uninsured motorist coverage
b)    Had 3 or more vehicles on the same policy
c)    Made a claim where only the per occurrence limit times 3 was paid
d)    The amount of individual damages for each insured under the policy when
stacked up to two coverages was more than the per occurrence limit stacked up to two coverages.

Done on this the 3 day of August, 2017.

/s/ Larry W. Morris
Larry W. Morris (MOR007)

/s/Emily H. Nelson
Emily H. Nelson (HOR026)

*Counsel for Plaintiff*

**OF COUNSEL:**
Morris, Haynes, Wheeles
Knowles & Nelson
Post Office Box 1660
Alexander City, AL 35011
T:      (256) 329-2000
Email: lmorris@mhhlaw.net

Morris, Haynes, Wheeles
Knowles & Nelson
3500 Colonnade Parkway, Ste. 100
Birmingham, Alabama 35243
T:      (205) 324-4008
Email: enelson@mhhlaw.net

**OF COUNSEL:**
Gregory C. Morgan
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:      (256) 362-2386
Email: gregmorganlaw@gmail.com

Charles P. Gaines
Gaines, Gaines & Rasco
*Attorneys-at-Law*
P.O. Box 275
Talladega, AL 35161
T:       (256) 362-2386

**PLEASE SERVE WITH SUMMONS/COMPLAINT**



AlaFile E-Notice

61-CV-2017-900251.00

To:  EMILY H NELSON
enelson@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following complaint was FILED on 8/3/2017 3:55:34 PM

Notice Date:     8/3/2017 3:55:34 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

To: FARMERS INSURANCE EXCHANGE
C/O REGISTERED AGENT, CSC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following complaint was FILED on 8/3/2017 3:55:34 PM

Notice Date:     8/3/2017 3:55:34 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

To:   FARMERS GROUP, INC.
      C/O REGISTERED AGENT, CSC
      641 SOUTH LAWRENCE STREET
      MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following complaint was FILED on 8/3/2017 3:55:34 PM

Notice Date:      8/3/2017 3:55:34 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

To:  MID-CENTURY INSURANCE COMPANY
     C/O REGISTERED AGENT, CSC
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following complaint was FILED on 8/3/2017 3:55:34 PM

Notice Date:      8/3/2017 3:55:34 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2017-900251.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
### RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET

**NOTICE TO:** FARMERS INSURANCE EXCHANGE, C/O REGISTERED AGENT, CSC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EMILY H NELSON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, SUITE 100, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 8/3/2017 3:55:34 PM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ EMILY H NELSON

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                               *(Name of County)*

Alabama on _____ .

*(Date)*

| _____ | _____ | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2017-900251.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET**

**NOTICE TO:** FARMERS GROUP, INC., C/O REGISTERED AGENT, CSC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EMILY H NELSON

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, SUITE 100, BIRMINGHAM, AL 35243

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 8/3/2017 3:55:34 PM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ EMILY H NELSON

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*         *(Name of County)*

Alabama on _____

*(Date)*

_____         _____         _____

*(Type of Process Server)*   *(Server's Signature)*      *(Address of Server)*

_____         _____

*(Server's Printed Name)*       *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>61-CV-2017-900251.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
### RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET

**NOTICE TO:** MID-CENTURY INSURANCE COMPANY, C/O REGISTERED AGENT, CSC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

<i>(Name and Address of Defendant)</i>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EMILY H NELSON

<i>(Name(s) of Attorney(s))</i>

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, SUITE 100, BIRMINGHAM, AL 35243

<i>(Address(es) of Plaintiff(s) or Attorney(s))</i>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS

<i>(Name(s))</i>

pursuant to the Alabama Rules of the Civil Procedure.

| 8/3/2017 3:55:34 PM | /s/ BRIAN YORK | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ EMILY H NELSON

<i>(Plaintiff's/Attorney's Signature)</i>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

<i>(Date)</i>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<i>(Name of Person Served)</i>                    <i>(Name of County)</i>

Alabama on _____

<i>(Date)</i>

| _____ | _____ | _____ |
| --- | --- | --- |
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET

61-CV-2017-900251.00

To:  CLERK TALLADEGA

clerk.talladega@alacourt.gov

**TOTAL POSTAGE PAID: $25.65**

Parties to be served by Certified Mail - Return Receipt Requested

FARMERS INSURANCE EXCHANGE
C/O REGISTERED AGENT, CSC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Postage: $8.55

FARMERS GROUP, INC.
C/O REGISTERED AGENT, CSC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

MID-CENTURY INSURANCE COMPANY
C/O REGISTERED AGENT, CSC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Re





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-17-900251

Mid-Century Ins. Co.

c/o CSC

641 S. Lawrence St.

Montgomery, AL 36104



9590 9402 2135 6132 9828 91

2. Article Number (Transfer from service label)

7017 0530 0000 4248 5648

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Heather Wheel_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Heather Wheeler | 8-7-17

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

2017 AUG 11 AM CIRCUIT BRUNDIDGE

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered
☐ Registered Mail Restricted
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  NELSON EMILY HORNSBY
     enelson@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D003 MID-CENTURY INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To: MORRIS LARRY WADE
kbaker@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D003 MID-CENTURY INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  MORGAN GREGORY CARL
     gregmorganlaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D003 MID-CENTURY INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To: GAINES CHARLES PAFFORD
melissa@gainesrasco.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D003 MID-CENTURY INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

DOCUMENT 1 1

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-17-900251

Farmers Insurance Exchange

c/o CSC

641 S. Lawrence St.

Montgomery, AL 36104



9590 9402 2135 6132 9829 14

2. Article Number *(Transfer from service label)*

7017 0530 0000 4248 5846

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Heather Wheeler

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

Heather Wheeler

C. Date of Delivery

8-7-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2017 AUG
BRIA
CIRCU

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



**AlaFile E-Notice**

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  NELSON EMILY HORNSBY
     enelson@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D001 FARMERS INSURANCE EXCHANGE**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  MORRIS LARRY WADE
     kbaker@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D001 FARMERS INSURANCE EXCHANGE**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  MORGAN GREGORY CARL
gregmorganlaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D001 FARMERS INSURANCE EXCHANGE**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:   GAINES CHARLES PAFFORD
melissa@gainesrasco.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D001 FARMERS INSURANCE EXCHANGE**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-17-900251

Farmers Group, Inc.

c/o CSC

641 S. Lawrence St.

Montgomery, AL 36104



9590 9402 2135 6132 9829 07

2. Article Number (Transfer from service label)

7017 0530 0000 4248 5631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Heather Wheel_ ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Heather Wheeler_   8-7-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



AlaFile E-Notice

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  NELSON EMILY HORNSBY
     enelson@mhhlaw.net

---

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D002 FARMERS GROUP, INC.**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  MORRIS LARRY WADE
     kbaker@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D002 FARMERS GROUP, INC.**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:   MORGAN GREGORY CARL
      gregmorganlaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D002 FARMERS GROUP, INC.**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2017-900251.00

Judge: WM E HOLLINGSWORTH III

To:  GAINES CHARLES PAFFORD
melissa@gainesrasco.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

RODNEY WATTS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF LEIAH WATTS ET
61-CV-2017-900251.00

The following matter was served on 8/7/2017

**D002 FARMERS GROUP, INC.**

**Corresponding To**

CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov