IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODNEY WATTS, personal representative of the estate of LEIAH WATTS; CAIDEN WATTS, by and through his father and next best friend, RODNEY WATTS; JACKSON WATTS, by and through his father and next best friend RODNEY WATTS; CURTIS WATTS, personal representative of the estate of EVELYN WATTS; BARRY MCBURNETT, personal representative of the estates of FAYE HOWARD and MARY ADAIR; RENEE STONE, individually and as mother and next best friend of VICTORIA STONE; and TAMMY MCBURNETT, individually;<br><br>    Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE; FARMERS GROUP, INC.; MID-CENTURY INSURANCE CO.; and Fictitious Parties 1, 2, 3, and 4;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CV-2017-_____-___<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

**Exhibit 2 – Notice of Filing Notice of Removal**

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| RODNEY WATTS, personal representative of the estate of LEIAH WATTS; CAIDEN WATTS, by and through his father and next best friend, RODNEY WATTS; JACKSON WATTS, by and through his father and next best friend RODNEY WATTS; CURTIS WATTS, personal representative of the estate of EVELYN WATTS; BARRY MCBURNETT, personal representative of the estates of FAYE HOWARD and MARY ADAIR; RENEE STONE, individually and as mother and next best friend of VICTORIA STONE; and TAMMY MCBURNETT, individually;<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE; FARMERS GROUP, INC.; MID-CENTURY INSURANCE CO.; and Fictitious Parties 1, 2, 3, and 4;<br><br>Defendants. | CV-2017-900251 |

## NOTICE OF FILING NOTICE OF REMOVAL

To:  Brian York, Clerk
     Circuit Court of Talladega County
     Courthouse Square
     Talladega, Alabama 35160

Pursuant to 28 U.S.C. § 1446(d), Defendants Farmers Insurance Exchange, Farmers Group, Inc., and Mid-Century Insurance Company hereby give notice that they have filed a Notice of Removal in the United States District Court for the

Northern District of Alabama, Eastern Division, and that this case has been removed to that Court. Attached hereto as Exhibit 1 is a copy of the Notice of Removal.

                                                     Respectfully Submitted,

                                                     /s/ Kori L. Clement
                                                     Kori L. Clement (CLEMK5125)
                                                     Brennan C. Ohme (OHMEB8419)
                                                     Attorney for Defendants Farmers Insurance Exchange, Farmers Group, Inc., and Mid-Century Insurance Company

OF COUNSEL:
HARE & CLEMENT, P.C.
100 Chase Park South
Suite 200
Hoover, Alabama  35244-1851
Telephone:  (205) 322-3040
Facsimile:   (205) 403-4975
Email:         clem@harelaw.com
               ohme@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of AUGUST, 2017, I electronically filed the foregoing with the Clerk of Court using the SJIS/AlaCourt system which will provide notification of such filing to the following:

Larry W. Morris
MORRIS, HAYNES WHEELES KNOWLES & NELSON
P.O. Box 1660
Alexander City, AL 35011

Emily H. Nelson
MORRIS, HAYNES WHEELES KNOWLES & NELSON
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243

Charles P. Gaines
Gregory C. Morgan
GAINES, GAINES & RASCO
P.O. Box 275
Talladega, AL 35161

/s/ Kori L. Clement
Of Counsel