IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODNEY WATTS, personal representative of the estate of LEIAH WATTS; CAIDEN WATTS, by and through his father and next best friend, RODNEY WATTS; JACKSON WATTS, by and through his father and next best friend RODNEY WATTS; CURTIS WATTS, personal representative of the estate of EVELYN WATTS; BARRY MCBURNETT, personal representative of the estates of FAYE HOWARD and MARY ADAIR; RENEE STONE, individually and as mother and next best friend of VICTORIA STONE; and TAMMY MCBURNETT, individually;<br><br>    Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE; FARMERS GROUP, INC.; MID-CENTURY INSURANCE CO.; and Fictitious Parties 1, 2, 3, and 4;<br><br>    Defendants. | CV-2017-01454-VEH |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Farmers Insurance Exchange, Farmers Group, Inc. and Mid-Century Insurance Company provide the following disclosures:

1. Defendant Farmers Insurance Exchange is a reciprocal or inter-insurance exchange organized and existing under the laws of the State of California and is owned by its respective policyholders. Farmers Insurance Exchange has no publicly traded stock and has no parent corporation.

2. As attorney-in-fact for Farmers Insurance Exchange, Farmers Group, Inc., directly or indirectly through its wholly owned subsidiaries, is responsible for providing certain non-claims related services for and on behalf of Farmers Insurance Exchange, but has no ownership in Farmers Insurance Exchange. Farmers Group, Inc. is a wholly owned direct or indirect subsidiary of Zurich Group Ltd., f/k/a Zurich Financial Services, Ltd, which is publicly traded on the Swiss Stock Exchange. No other publicly traded corporation owns 10% or more of Farmers Group, Inc.

3. Mid-Century Insurance Company is owned, in different shares, by Farmers Insurance Exchange, Fire Insurance Exchange and Truck Insurance Exchange and that no publicly held company owns 10% or more of Mid-Century Insurance Company's stock.

          Respectfully Submitted,

          /s/ Kori L. Clement
          Kori L. Clement (CLEMK5125)
          Attorney for Defendants Farmers Insurance Exchange, Farmers Group, Inc., and Mid-Century Insurance Company

OF COUNSEL:
HARE & CLEMENT, P.C.
100 Chase Park South
Suite 200
Hoover, Alabama  35244-1851
Telephone:  (205) 322-3040
Facsimile:   (205) 403-4975
Email:       clem@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31ST day of AUGUST, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and placed a copy of same via Certified Mail addressed to the following:

>Larry W. Morris
>MORRIS, HAYNES WHEELES KNOWLES & NELSON
>P.O. Box 1660
>Alexander City, AL 35011
>
>Emily H. Nelson
>MORRIS, HAYNES WHEELES KNOWLES & NELSON
>3500 Colonnade Parkway, Suite 100
>Birmingham, AL 35243
>
>Charles P. Gaines
>Gregory C. Morgan
>GAINES, GAINES & RASCO
>P.O. Box 275
>Talladega, AL 35161

>/s/ Kori L. Clement
>Of Counsel